THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL FINCK and MILTON FINKE, Appellants.— Judgment affirmed. We are not required in this case to pass upon the right of the defendant to eject the complainants from the hotel premises, as the judgment is sustainable in any event upon the ground that excessive force was used. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. Dore, J., dissents on the ground that the crime charged was not established beyond a reasonable doubt.

■

In the Matter of the Estate of JOSE I. CARDENAS, Deceased. EDMUND D. SCOTTI, as Ancillary Administrator of JOSE I. CARDENAS, Deceased, Respondent; BERTA B. C. DE CANAL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

MARIE P. FERNANDEZ, Appellant, v. JOSE O. FERNANDEZ, Respondent.— This is an appeal from an order granting the defendant husband's motion to modify a decree of divorce so as to make provision for visitations by him. The motion, involving as it does the welfare of a child, should not have been decided upon the meager, conclusory and inadequate affidavits submitted herein, and the mother's request for a hearing should have been granted. Order unanimously reversed and the matter remitted to Special Term, to take proof on notice, as to the fitness of the parties and on the other matters in issue and to make a determination consonant with the best interests of the child. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of R. E. ASSOCIATES, INC., Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— Order unanimously reversed and the determination of the State Rent Commission confirmed, with $20 costs and disbursements to the appellant. The record presented upon this appeal contains additional evidence that makes it entirely different from the factual situation presented upon the prior appeal (*Matter of R. E. Associates* v. *McGoldrick*, 280 App. Div. 202). We find in the record adequate evidence to support the determination made by the rent commission and *Matter of Jerlan Holding Corp.* v. *McGoldrick* (281 App. Div. 545) is applicable. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of GEORGE LIGHT, Respondent, against SIDNEY S. SCHUPPER et al., Appellants.— The issues raised by the third party's assertion of a retaining lien upon the shares of stock in question may not be summarily determined in an application under section 796 of the Civil Practice Act. They must be resolved in an appropriate action brought by a receiver in supplementary proceedings. Accordingly, the order appealed·from is modified, without costs, so as to strike provisions of the appointment of a referee, and the matter is remitted to Special Term for the appointment of a receiver. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.